IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,

Plaintiff,

v.

James Hall, Individually and d/b/a Hall's Paintball Supplies; Dorothy L. Flaherty, Individually and as Trustee of The Edward J. and Dorothy L. Flaherty Family Trust U/D dated, 11/09/90,

Defendants.

2:11-cv-00737-GEB-DAD

ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE

Plaintiff states in his Status Report filed July 5, 2011 that he "has filed a request for clerk's entry of default as to Defendant James Hall and anticipates a motion for default date in October 2011." (ECF No. 10, 3:18-20.)

Plaintiff shall file a motion for entry of default judgment as to Defendant James Hall before the Magistrate Judge within forty-five (45) days of the date on which this Order is filed. If Plaintiff fails to timely file the motion, Plaintiff shall show cause in writing no later than 4:00 p.m. on September 2, 2011, why this defendant should not be dismissed for failure of prosecution.

Further, the status conference scheduled for hearing on July 18, 2011, is continued to commence at 9:00 a.m. on November 14, 2011. A status report shall be filed fourteen (14) days prior to the status conference in which Plaintiff is required to explain the status of the default proceedings.

Lastly, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that Defendant Dorothy L. Flaherty may be dismissed as a defendant in this action unless Plaintiff provides proof of service and/or "shows good cause for the failure" to serve this defendant within Rule 4(m)'s prescribed 120 day period in a filing due no later than 4:00 p.m. on July 22, 2011.

IT IS SO ORDERED.

Dated: July 8, 2011

GARLAND E. BURRELL, JR.
United States District Judge