IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,  )
                                   ) 2:11-cv-00737-GEB-DAD
     Plaintiff,  )
                                   )
     v.  ) ORDER OF DISMISSAL
                                   )
James Hall, Individually and  )
d/b/a Hall's Paintball  )
Supplies; Dorothy L. Flaherty,  )
Individually and as Trustee of  )
The Edward J. and Dorothy L.  )
Flaherty Family Trust U/D  )
dated, 11/09/90,  )
                                   )
     Defendants.  )
_____  )

        Plaintiff was required to respond to an Order filed July 11, 2011, by either filing proof that Defendant Dorothy L. Flaherty was served with process or a document showing good cause for Plaintiff's failure to serve this Defendant within the 120-day period prescribed in Federal Rule of Civil Procedure 4(m). (ECF No. 12.) This filing was due no later than 4:00 p.m. on July 22, 2011. Id. The July 11, 2011 Order warned Plaintiff that failure to make the required showing by the deadline would result in Defendant Dorothy L. Flaherty being dismissed from this action.

///

///

1

1  Plaintiff failed to respond to the July 11, 2011 Order by this
2 deadline. Therefore, Defendant Dorothy L. Flaherty is dismissed from
3 this action without prejudice.
4  IT IS SO ORDERED.
5 Dated:  August 2, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge