IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,                    )
                                     )   2:11-cv-00737-GEB-DAD
              Plaintiff,             )
                                     )
         v.                          )   ORDER OF DISMISSAL
                                     )   _____
James Hall, Individually and         )
d/b/a Hall's Paintball               )
Supplies,                            )
                                     )
              Defendant.*            )
_____     )

          An Order issued on July 11, 2011 requiring Plaintiff to "file
a motion for entry of default judgment as to Defendant James Hall before
the Magistrate Judge within forty-five (45) days of the date on which
th[e] Order [was] filed." (ECF No. 12, 1:22-24.) The July 11, 2011 Order
further required that "[i]f Plaintiff fails to timely file the motion,
Plaintiff shall show cause in writing no later than 4:00 p.m. on
September 2, 2011, why this defendant should not be dismissed for
failure of prosecution." Id. 1:22-25.

_____

          *      The caption has been amended according to the Order filed
August 2, 2011, dismissing without prejudice Dorothy L. Flaherty. (ECF
No. 13.)

Plaintiff has not filed any document in response to the July 11, 2011 Order. Therefore this action is dismissed and shall be closed.

IT IS SO ORDERED.

Dated:  September 26, 2011

GARLAND E. BURRELL, JR.
United States District Judge